PROB 22

# E-filing
**TRANSFER OF JURISDICTION**

| | |
|---|---|
| **DOCKET NUMBER** *(Tran. Court)* | 1:06CR00230-1 |
| **DOCKET NUMBER** *(Rec. Court)* | CR08-499 CW |

*FILED*
*JUL 29 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JUSTIN D. LYNN<br>Pittsburgh, CA | Eastern District of California | Fresno |
| | **NAME OF SENTENCING JUDGE**<br>Oliver W. Wanger | |
| | **DATES OF SUPERVISED RELEASE:** | **FROM** 05/15/2007 | **TO** 05/14/2010 |

| **OFFENSE** | 18 USC 1029(a)(3) and 2 - Possession of Unauthorized Access Devices and Aiding and Abetting |
|---|---|

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_4- 21 08_
Date

_Oliver W. Wanger, Senior United States District Judge_

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7-29-08_
Effective Date

_United States District Judge_

CC:    United States Attorney
        FLU Unit-United States Attorney's Office
        Fiscal Clerk-Clerk's Office