| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | COLLEEN MARTIN |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |

Counsel for Defendant JUSTIN LYNN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-499 CW (DMR) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN LYNN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-captioned matter is set on the criminal duty calendar for Wednesday, July 28, 2010 for status regarding the pending supervised release violation. The parties jointly request that the appearance be vacated and reset for August 5, 2010. On July 22, 2010, after Mr. Lynn made his initial appearance on the supervised violation, the Probation Office filed an amended petition. The parties are in the process of obtaining more information regarding the charges contained in the amended petition, and need additional time to do so, and to discuss a possible resolution of this matter.

Counsel for Mr. Lynn has informed U.S. Probation Officer Richard Brown of the requested continuance. The Speedy Trial Act is not implicated because this is a supervised release matter.

U.S. v Lynn, CR 08-499 CW (DMR)
STIPULATION and ORDER                              1

1

2  DATED: July 26, 2010                                /S/
                                                SUZANNE MILES
3                                               Assistant United States Attorney

4
   DATED: July 26, 2010                                /S/
5                                               COLLEEN MARTIN
                                                Assistant Federal Public Defender
6

7                          SIGNATURE ATTESTATION

8       I hereby attest that I have on file all holograph signatures for any signatures indicated by

9  a "conformed" signature (/S/) within this e-filed document.

10

11

12                                   **ORDER**

13       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference

14  date in this case, currently scheduled for Wednesday, July 28, 2010 at 10:00 a.m., is continued to

15  August 5, 2010 at ~~10:00~~ 9:30 a.m.

16       SO ORDERED.

17  DATED:  7/27/2010

18                                          IT IS SO ORDERED
                                            Judge Donna M. Ryu
19

20                                          _____
                                            DONNA M. RYU
                                            United States Magistrate Judge
21

22

23

24

25

26

U.S. v Lynn,  CR 08-499 CW (DMR)
STIPULATION and ORDER                      2