IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUSTIN D. LYNN,<br><br>    Defendant.<br>_____/ | No. CR 08-00499 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect. Accordingly,

Defendant Justin D. Lynn's admission of the violations is accepted by the Court as to charge four of the Amended Petition filed on July 22, 2010 charging Defendant Justin D. Lynn with committing another federal, state, or local crime. Sentencing is set for September 8, 2010 at 2:00 p.m. The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 8/19/2010

                                      CLAUDIA WILKEN
                                      United States District Judge

cc: DMR; Sue